

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF SAN ANTONIO, | § | No. 08-23-00329-CV |
| Appellant, | § | Appeal from the |
| v. | § | 166th Judicial District Court |
| JOEL GARCIA, Individually and as Next Friend of J.G. | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CI20560) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's denial of the City's motion for summary judgment and render judgment for the City. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JUNE, 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.